UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS MULLAHY,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and, TRINET GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No: 4:19-cv-03766-HSG<br><br>**ORDER ON PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE AT CASE MANAGEMENT CONFERENCE (as modified)**<br><br>[Motion filed concurrently]<br><br>Date: October 1, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2<br><br>Date Action Filed: June 27, 2019 |
|---|---|

## **ORDER**

Having received the Motion of Plaintiff Thomas Mullahy ("Plaintiff") to permit Plaintiff's counsel to attend the October 1, 2019 Initial Case Management Conference by telephone, and for good cause shown, the Court hereby GRANTS Plaintiff's request and orders that Plaintiff, through his counsel of record, shall appear by telephone at the October 1, 2019 Initial Case Management Conference,

- 1 -

ORDER GRANTING PLAINTIFF'S MOTION TO APPEAR BY TELEPHONE
AT CASE MANAGEMENT CONFERENCE

at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED**.

Dated: September 25, 2019

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge