1  CINDY M. RUCKER (SBN 272465)
   cmekari@maynardcooper.com
2  MAYNARD, COOPER & GALE, LLP
   1901 Avenue of the Stars, Suite 1900
3  Los Angeles, CA 90067
   Telephone: (323)987-3356
4  Facsimile:  (205) 254-1999

5  Attorney for Defendants
   AETNA LIFE INSURANCE COMPANY and
6  THE TRINET GROUP, INC. LONG TERM DISABILITY PLAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS MULLAHY<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AETNA LIFE INSURANCE COMPANY and THE TRINET GROUP, INC., LONG TERM DISABILITY PLAN,<br><br>　　　　　Defendants. | Case No. 4:19-cv-03766-HSG<br><br>**DEFENDANTS' MOTION FOR TELEPHONIC APPEARANCE AT THE OCTOBER 1, 2019 CASE MANAGEMENT CONFERENCE AND ORDER (as modified)**<br><br>Date: October 1, 2019<br>Time: 2:00 p.m. |

IT IS HEREBY REQUESTED that Cindy M. Rucker, counsel for Defendants Aetna Life Insurance Company and TriNet Group, Inc. Long Term Disability Plan (collectively "Defendants"), be permitted to attend by telephone the Case Management Conference set for October 1, 2019 at 2:00 p.m. in the above-referenced case.

Good cause exists for this request because Mrs. Rucker works and lives in Los Angeles, California. Permitting Mrs. Rucker to participate in the Initial Case Management Conference by telephone will reduce the fees and costs associated with the appearance and will promote efficiency. Mrs. Rucker has advised Plaintiff's counsel, Phillip S. Bather, regarding her request to appear

| | |
|---|---|
| 1 | telephonically.  Mr. Bather confirmed that he will also be requesting a telephonic appearance for the |
| 2 | Initial Case Management Conference. |
| 3 |     For these reasons, Mrs. Rucker respectfully requests that the Court grant this request to attend |
| 4 | the Initial Case Management Conference by telephone. Should the Court grant this request, Mrs. Rucker |
| 5 | can be contacted on October 1, 2019 at (323) 987-3356 and will remain on standby or, in the alternative, |
| 6 | Mrs. Rucker can contact the Court at a preferred number. |
| 7 | DATED: September 25, 2019                   MAYNARD, COOPER & GALE LLP |
| 8 | |
| 9 |                                                      /s/  Cindy M. Rucker<br>                                                    Cindy M. Rucker<br>                                                    Attorney For Defendants |
| 10 |                                                     Aetna Life Insurance Company and<br>                                                   The Trinet Group, Inc. Long Term |
| 11 |                                                    Disability Plan |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

# ORDER

Having considered the request by counsel for Defendants Aetna Life Insurance Company and TriNet Goup, Inc. Long Term Disability Plan (collectively "Defendants") for permission to attend the October 1, 2019 Initial Case Management Conference by telephone, and for good cause appearing, the Court **ORDERS** as follows:

Counsel for Defendants may appear telephonically at the Initial Case Management Conference set for October 1, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS SO ORDERED.**

DATED: September 25, 2019

_____
UNITED STATES DISTRICT JUDGE
JUDGE HAYWOOD S. GILLIAM, JR