UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Mullahy,<br><br>　　　　　Plaintiff(s)<br>v.<br>Aetna Life Insurance Company, et al.<br>　　　　　Defendant(s) | CASE No C 4:19-cv-03766-HSG<br><br>STIPULATION AND [<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☒ **Private ADR** (*specify process and provider*)
    Mediation before neutral third party mediator to be agreed upon by parties

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: March 20, 2020

Date: September 25, 2019　　　/s/ Phillip S. Bather
　　　　　　　　　　　　　　Attorney for Plaintiff
Date: September 25, 2019　　　/s/ Cindy Mekari Rucker
　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/26/2019

*[signature]*
U.S. DISTRICT/~~MAGISTRATE~~ JUDGE
HONORABLE HAYWOOD S. GILLIAM, JR.

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019