DarrasLaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MULLAHY,<br><br>Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY; and, TRINET GROUP, INC. LONG TERM DISABILITY PLAN,<br><br>Defendants. | Case No: 4:19-cv-03766-HSG<br><br>**ORDER RE STIPULATION OF THE PARTIES TO FURTHER CONTINUE THE TRIAL DATE AND MEDIATION COMPLETION DATE**<br><br>Date Action Filed: June 27, 2019<br>Trial Date: May 18, 2020 |

## **ORDER**

IT IS SO ORDERED. Pursuant to the joint stipulation of the parties that the deadlines set by the court in ECF document #30; the Deadline to Complete Mediation currently set for March 6, 2020, the Exchange of Opening Briefs currently set for April 14, 2020, the Exchange of Opposition Briefs currently set for May 5, 2020 and the Bench Trial currently set for May 18, 2020 at 8:30 a.m. (ECF #30) be continued and new case management dates be set as follows:

**Case Management Dates**

| | |
|---|---|
| Deadline to Complete Mediation: | April 5, 2010 |
| Exchange of Opening Briefs: | May 11, 2020 |
| Exchange of Opposition Briefs: | June 1, 2020 |
| Bench Trial (one day): | June 22, 2020; 8:30 a.m. |

DATED: February 28, 2020

*[signature]*
Honorable Haywood S. Gilliam, Jr.
United States District Judge