UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS MULLAHY,<br><br>            Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY and THE TRINET GROUP, INC., LONG TERM DISABILITY PLAN<br><br>            Defendants. | Case No. 4:19-cv-03766 - HSG<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

Pursuant to the parties' joint stipulation, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  5/19/2020

_Haywood S. Gilliam Jr._
Honorable Haywood S. Gilliam Jr
United States District Judge